UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA CUNNINGHAM,

    Plaintiff,

v.                                                Case No. 8:23-cv-2472-TPB-AEP

SANOFI-AVENTIS U.S. LLC, et al.

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the amended report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on November 25, 2024. (Doc. 59). Judge Porcelli recommends that "Plaintiff's Motion for Review of Clerk's Action on Bill of Costs" (Doc. 54) be denied. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's amended report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28

U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Porcelli's amended report and recommendation, the Court adopts the amended report and recommendation. The Court agrees with Judge Porcelli's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Porcelli's amended report and recommendation (Doc. 59) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Review of Clerk's Action on Bill of Costs" (Doc. 54) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of December, 2024.

TOM BARBER
UNITED STATES DISTRICT JUDGE